146 A.3d 462

CÁIN

v.

**MIDLAND FUNDING**

**No. 269, Sept. Term 2016**

Court of Appeals of Maryland.

September 2, 2016

Opinion of the Court of Special Appeals unreported (No. 530, Sept. Term, 2014).

Petition for writ of certiorari granted.

■

146 A.3d 462

**CRUZ-QUINTANILLA, Oscar**

v.

**STATE of Maryland**

**No. 256, Sept.Term, 2016**

Court of Appeals of Maryland.

September 2, 2016

Reported below: 228 Md.App. 64, 137 A.3d 274.

Petition for writ of certiorari granted.